IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELYNDA DUCHMANN AND **PLAINTIFFS**
DWAYNE DUCHMANN

v. CAUSE NO.: 1:23-cv-00304-TBM-RPM

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court that settlement of this case has been accomplished. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, and that the parties desire that this matter be finally dismissed and closed on the Court's docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 12th day of March, 2024.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/ Stephen G. Peresich
STEPHEN G. PERESICH, MSB #4114
PAGE, MANNINO, PERESICH
& MCDERMOTT, PLLC
759 HOWARD AVENUE
BILOXI, MS 39530
(228) 374-2100/Fax: (228) 432-5539
Stephen.peresich@pmp.org
*Counsel for Westchester Surplus
Lines Insurance Company*

/s/ M. Scott Bishop
M. SCOTT BISHOP, MS BAR NO. 102699
MORRIS BART, LTD.
1712 15TH Street, Suite 300
Gulfport, Mississippi 39501
(228) 276-0307/Fax: (866) 354-9707
Email: sbishop@morrisbart.com
*Counsel for Melynda Duchmann and Dywane
Duchmann*